RECEIVED
IN LAKE CHARLES, LA.
JUN -8 2015
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| DAVID LAX, | * CIVIL ACTION NO. 2:14-cv-2314 |
| Petitioner, | * |
| v. | * JUDGE MINALDI |
| CHARLES MAIORANA, ET AL., | * |
| Respondents. | * MAGISTRATE JUDGE KAY |

*********************************************************************

## ORDER

For the reasons stated in the Report and Recommendation [Doc. 6] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the petitioner's application for a writ of *habeas corpus* [Doc. 1] be and hereby is **DENIED**, and that the above-captioned matter be and hereby is **DISMISSED, WITHOUT PREJUDICE**, as to the petitioner's civil rights claim.

Lake Charles, Louisiana, this 6 day of June, 2015.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE